CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAYAM DELGOSHA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al*.,<br><br>                    Defendants. | Case No. 3:26-cv-00287 TSH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND  ORDER** |

The parties hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint.  Defendants will file their response on or before April 10, 2026.

The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order.  Dkt. No. 6.  Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or May 26, 2026.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by June 9, 2026.

///

///

Stipulation to Extend
C 3:26-cv-00287 TSH                          1

Dated: March 27, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 27, 2026

*/s/ Sahar Mousavi*
SAHAR MOUSAVI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 31, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 3:26-cv-00287 TSH                           2