CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY HELLAND (CABN 298888)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-6488
  Facsimile: (415) 436-6748
  Kelsey.Helland@usdoj.gov

Attorneys for Defendants

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELGOSHA,<br><br>        Plaintiff,<br><br>    v.<br><br>MULLIN, et al.<br><br>        Defendants. | No. 3:26-cv-00287-TSH<br><br>**STIPULATION RE: CASE SCHEDULE**<br><br>Hon. Thomas S. Hixson |

STIP. RE: SCHEDULE
No. 3:26-cv-00287-TSH

Pursuant to the Court's Order (Dkt. 20), the parties have met and conferred and respectfully submit this stipulation regarding the case schedule.

The parties respectfully inform that Court that USCIS has scheduled Plaintiff's interview for August 18, 2026.  The parties respectfully request that the Court stay proceedings for 60-days, to provide time for the agency to conduct the interview and take any subsequent steps necessary to complete the adjudication.  The parties respectfully request that they be permitted to submit a status report on September 8, 2026, advising whether the adjudication has been completed at that time; if not, the specific reasons why not; and proposing next steps for this litigation at that time.

In support of this request, Defendant commits to making best efforts to complete the adjudication of Plaintiff's application within 60 days of this Stipulation.

DATED:  July 9, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendant


*/s/ Sahar Mousavi*
SAHAR MOUSAVI
84 W Santa Clara St, Suite 700
San Jose CA 95113
Tel: 408-384-9969
smousavi@smousavilaw.com

Attorney for Plaintiff
Payam Delgosha

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


DATED: July 10, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

STIP. RE: SCHEDULE
No. 3:26-cv-00287-TSH                                    1