SAHAR MOUSAVI (CABN 320800)
Lumina Immigration Law, PC
84 W Santa Clara St, Suite 700
San Jose, California 95113
Telephone: (408) 384-9969
smousavi@smousavilaw.com

Attorney for Plaintiff
PAYAM DELGOSHA

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELGOSHA, Payam<br><br>Plaintiff,<br><br>v.<br><br>MULLIN, et al.<br><br>Defendants. | No. 3:26-cv-00287-TSH<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER**<br><br>Hon. Thomas S. Hixson |

Plaintiff Payam Delgosha and Defendants, through their undersigned counsel, hereby stipulate as follows:

1. On January 9, 2026, Plaintiff filed this action seeking to compel United States Citizenship and Immigration Services ("USCIS") to adjudicate his Form N-400, Application for Naturalization. Dkt. 1.

2. On November 6, 2026, USCIS adjudicated Plaintiff's Form N-400. See Dkts. 26, 28.

3. On November 10, 2026, the Court ordered Plaintiff to show cause why this case should not be dismissed as moot, and to file either a written response or a notice of dismissal under Federal Rule of Civil Procedure 41(a) by November 24, 2026. Dkt. 27.

4. Plaintiff does not dispute that USCIS has adjudicated his Form N-400. The parties agree that the relief sought in the Complaint has been provided and that this action is moot.

5. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action without prejudice. This dismissal is without prejudice to Plaintiff's right to seek administrative or judicial review of USCIS's decision on his Form N-400, including under 8 U.S.C. §§ 1447(a) and 1421(c).

6. The parties respectfully request that the Court discharge its Order to Show Cause (Dkt. 27) and direct the Clerk to close this case.

IT IS SO STIPULATED.

DATED: November 17, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendant

DATED: November 17, 2026

*s/ Sahar Mousavi*
SAHAR MOUSAVI
84 W Santa Clara St, Suite 700
San Jose CA 95113
Tel: 408-384-9969
Email: smousavi@smousavilaw.com

Attorney for Plaintiff
Payam Delgosha

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*s/ Sahar Mousavi*
SAHAR MOUSAVI

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, this action is DISMISSED without prejudice. The Order to Show Cause (Dkt. 27) is DISCHARGED. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: November 18, 2026_______

THOMAS S. HIXSON
United States Magistrate Judge